UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE FLINTON,

    Plaintiff,

v.                                           Case No.: 2:19-cv-583-FtM-38NPM

U.S. SAFETY, INC. and FRANK
SUBZDA,

    Defendants.
_____/

**OPINION AND ORDER**[1]

    Before the Court are the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 21) and Notice of Settlement (Doc. 22). George Flinton sued U.S. Safety, Inc. and Frank Subzda under the Fair Labor Standards Act ("FLSA") for unpaid overtime. (Doc. 1). The parties now inform the Court that they have resolved Flinton's claim without compromise and with Flinton's fees and costs negotiated and paid separately. (Doc. 22). Therefore, there is no need for the Court to review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *see also Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

action voluntarily by filing a stipulation signed by all parties who have appeared, as Flinton has done here.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of November, 2019.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record